**REHTAM & COMPANY v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5438.

Circuit Court of Appeals, Seventh Circuit.

Jan. 23, 1935.

Ward Loveless, of Washington, D. C., for petitioner.

Robert H. Jackson, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, counsel for respondent consenting thereto, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on September 14, 1933, be, and the same is hereby, dismissed.

**G. S. ROGERS, Doing Business as Rex Duplex Fitting Co., et al., Appellants, v. ALEMITE CORP., Appellee.**

No. 5463.

Circuit Court of Appeals, Third Circuit.

Dec. 18, 1934.

Rehearing Denied Jan. 25, 1935.

Charles M. Clarke, Clarke & Doolittle, W. G. Doolittle, and James Roy Van Kirk, all of Pittsburgh, Pa., for appellants.

Lynn A. Williams and Albin C. Ahlberg, both of Chicago, Ill., and Frank B. Fox, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

In this case, infringement, by the defendants, of certain claims of patent No. 1,307,-734, granted to Gullborg, was charged. On final hearing, the court held the patent valid and infringed.

The mechanism of the patent involved is described at length in Bassick Mfg. Co. v. Adams Grease Gun Corporation (C. C. A.) 52 F.(2d) 36, and reference thereto saves needless repetition. The questions involved in the present case were discussed by the court below in its opinion, and, as no new principle of patent law is involved and we find no error in that court's view, we limit ourselves to affirming the case on the opinion of the trial judge (Alemite Corporation v. Rogers, 5 F. Supp. 940).

**In the Matter of William E. SALZMAN, Bankrupt. William E. Salzman, Bankrupt-Appellant, Irving Trust Company, Trustee-Appellee.**

No. 192.

Circuit Court of Appeals, Second Circuit.

Jan. 7, 1935.

Emil K. Ellis, of New York City, for appellant.

Samuel Sturtz, of New York City, for appellee Irving Trust Co.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.